```
 1  FRANCIS M. GREGOREK (144785)
    WOLF HALDENSTEIN ADLER
 2    FREEMAN & HERZ LLP
    750 B Street, Ste. 2770
 3  San Diego, CA 92101
    Tel: 619-239-4599
 4  Fax: 619-234-4599

 5  JAMES F. CLAPP (145814)
    DOSTART CLAPP GORDON & COVENEY, LLP
 6  4370 La Jolla Village Dr. Ste. 970
    San Diego, CA 92122
 7  Tel: 858-623-4200
    Fax: 858-623-4299
 8
    Attorneys for Plaintiffs
 9
    SAMUEL S. SHAULSON
10  MORGAN LEWIS & BOCKIUS, LLP
    101 Park Ave.
11  New York, NY 10178
    Tel: 212-309-6000
12  Fax: 212-309-6001

13  Attorneys for Defendants

14
                    UNITED STATES DISTRICT COURT
15
                   SOUTHERN DISTRICT OF CALIFORNIA
16
```

| | |
|---|---|
| ROBERT STEINBERG, ROBERT N. ADLER, FRANK V. FINIZIA, BRIAN C. LATZ, GERARD SCORZIELLO, JEFF QUINN, JOHN VOLPE, PAUL ROLES, JANEMARIE LENIHAN, DAVID ANDREW GASMAN, ISRAEL HARMAN, JOHN MASKUBI, VERNON D. BROWN, JOSEPH STOWELL, JR., KYLE R. ARMITAGE, CHRISTOPHER D. BART, and ERIC N. WULFF, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED and MORGAN STANLEY DW INC.,<br><br>Defendants. | CASE NO. 3:06-cv-02628-BEN-NLS<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br><br>DATE: November 3, 2008<br>TIME: 10:30 a.m.<br>CTRM: 3, 4TH FLOOR<br>JUDGE: HON. ROGER T. BENITEZ |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on November 3, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, in Courtroom 3, before the Honorable Roger T. Benitez, United States District Court for the Southern District of California, located at 880 Front Street, San Diego, California 92101, Plaintiffs Robert Steinberg, Robert N. Adler, Frank V. Finizia, Brian C. Latz, Gerard Scorziello, Jeff Quinn, John Volpe, Paul Roles, Janemarie Lenihan, David Andrew Gasman, Israel Harman, John Maskubi, Vernon D. Brown, Joseph Stowell, Jr., Kyle R. Armitage, Christopher D. Bart, and Eric N. Wulff (herein "Plaintiffs"), and Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc. (herein "Morgan Stanley"), will and hereby do jointly and respectfully move the Court to: (a) grant final approval of the Settlement; and (b) enter the proposed Order Granting Final Approval Of Class Action Settlement And Awarding Attorney's Fees, Litigation Expenses, And Plaintiff Enhancements.

The parties make this motion on the grounds that the proposed settlement is fair, adequate, and just. This Motion is based upon this Notice of Motion and Joint Motion for Final Approval of Class Action Settlement; the Memorandum of Points and Authorities filed in support; the declarations of counsel, filed concurrently herewith; the proposed Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees; Litigation Expenses; and Plaintiff Enhancements and Final Judgment; any reply papers submitted in support of this Motion; any oral argument of counsel; the complete files and records in the above-captioned matter; and such additional matters as the Court may consider.

DATED: October 13, 2008         WOLF HALDENSTEIN ADLER FREEMAN'
                                & HERZ LLP


                                /s/ Jeffrey G. Smith
                                JEFFREY G. SMITH
                                Attorneys for Plaintiffs


DATED: October 13, 2008         MORGAN LEWIS & BOCKIUS, LLP


                                /s/Samuel S. Shaulson
                                SAMUEL S. SHAULSON
                                Attorneys for Defendants

16386